## STATE for the use of JEREMIAH LEWDEN and JAMES BALL v. PETER JAQUETT.

*Clayton's Notebook, 138.*

## MRS. SHOCKLEY'S CASE.

Orphans' Court.   c. 1821.

*Clayton's Notebook, 142.*

*J. M. Clayton.* The lapse of time is nothing if short of twenty years. And the case of *Kennedy v. Nedrow and Wife et al.,* 1 Dall. 417, 418, is in point to show that even if she had acted as executrix or claimed under the will (made before 1816) any interest whatever, and even if she had been a party to a partition, she is not barred of her dower. Every will at common law and before 1816 imported a bounty.

*Hall* urged the lapse of time and then partition.

THE CHANCELLOR, on the case, 1 Dall., decreed for the petitioner.